UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES R. SZYMAN,

Defendant.

2016 JUN 21 P 1:45
JON W. SANFILIPPO
CLERK

**16-CR-095**

Case No.
[21 U.S.C. §§ 841(a)(1) and 846]
**Green Bay Division**

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**Allegations Common to all Counts**

1.   At all times relevant to this indictment:

   a.   The defendant, Charles R. Szyman ("Szyman"), was a doctor of osteopathic medicine licensed to practice in the State of Wisconsin.

   b.   Szyman also possessed a registration with the United States Drug Enforcement Administration ("DEA") that authorized him to prescribe, administer, dispense, and distribute controlled substances, including the following:

      i.   Oxycodone, a Schedule II controlled substance;

      ii.  Amphetamine, a Schedule II controlled substance;

      iii. Hydrocodone with acetaminophen, a Schedule II controlled substance as of October 6, 2014;

      iv.  Hydromorphone, a Schedule II controlled substance;

      v.   Fentanyl, a Schedule II controlled substance; and

      vi.  Methadone, a Schedule II controlled substance.

c. As a DEA registrant, Szyman was permitted to issue prescriptions, administer, dispense, and distribute controlled substances only for a legitimate medical purpose within the scope of his professional practice.

d. The term "dispense" includes issuing a prescription for a controlled substance.

2

## COUNTS ONE - NINETEEN

**THE GRAND JURY FURTHER CHARGES:**

2. On or about the dates listed below, in the state and Eastern District of Wisconsin,

### CHARLES R. SZYMAN

knowingly and intentionally distributed and dispensed unlawfully, and attempted to distribute and dispense unlawfully, a controlled substance outside of his professional practice and not for a legitimate medical purpose.

3. Szyman issued prescriptions in the name of an individual, who is identified in this indictment by an alias, for the indicated prescription drugs containing the indicated controlled substances outside of Szyman's professional practice and not for a legitimate medical purpose.

| Count | Date | Name on prescription | Prescription drug(s) | Controlled substance(s) |
|---|---|---|---|---|
| 1 | November 21, 2013 | "Richard Russo" | One prescription for 90 Percocet (5/325mg) tablets | Oxycodone |
| 2 | February 5, 2014 | "Richard Russo" | Two prescriptions, each for 120 Percocet (10/325mg) tablets | Oxycodone |
| 3 | April 16, 2014 | "Richard Russo" | Three prescriptions, each for 90 Oxycodone Immediate Release ("IR") 30mg tablets | Oxycodone |
| 4 | June 13, 2014 | "Richard Russo" | Two prescriptions, each for 90 Oxycodone Immediate Release ("IR") 30mg tablets | Oxycodone |
| 5 | September 10, 2014 | "Richard Russo" | Three prescriptions, each for 90 Oxycodone Immediate Release ("IR") 30mg tablets | Oxycodone |
| 6 | November 21, 2014 | "Anna Kingston" | One prescription for 90 Oxycodone Immediate Release ("IR") 30mg tablets | Oxycodone |
| 7 | December 11, 2014 | "Anna Kingston" | One prescription for 90 Oxycodone Immediate Release ("IR") 30mg tablets | Oxycodone |
| 8 | January 7, 2015 | "Anna Kingston" | One prescription for 90 Oxycodone Immediate Release ("IR") 30mg tablets | Oxycodone |
| 9 | February 18, 2015 | "Anna Kingston" | Two prescriptions, each for 90 Oxycodone Immediate Release ("IR") 30mg tablets | Oxycodone |

3

Case 1:16-cr-00095-WCG   Filed 06/21/16   Page 3 of 5   Document 1

| Count | Date | Name on prescription | Prescription drug(s) | Controlled substance(s) |
|---|---|---|---|---|
| 10 | May 4, 2012 | "Patient A" | Prescriptions for a total of 600 Oxycodone 30mg IR tablets, 480 Oxycodone-Acetaminophen (10-325mg) tablets, 180 OxyContin 20mg tablets, 120 OxyContin 40mg tablets, and 180 OxyContin 80mg tablets | Oxycodone |
| 11 | October 8, 2013 | "Patient B" | Four prescriptions, each for 420 Oxycodone 30mg tablets | Oxycodone |
| 12 | January 8, 2014 | "Patient C" | Prescriptions for a total of 540 Oxycodone HCL 30 mg tablets, 240 OxyContin 40mg tablets, and 1,800 OxyContin 80mg tablets | Oxycodone |
| 13 | May 15, 2014 | "Patient D" | Prescriptions for a total of 240 Morphine sulfate ER 100mg tablets, and 240 Morphine sulfate ER 30mg tablets | Morphine |
| 14 | June 23, 2014 | "Patient E" | Prescriptions for a total of 30 Fentanyl patches, 360 Morphine sulfate ER 60 mg tablets, 900 Morphine sulfate 100mg tablets, 1,000 Oxycodone HCL 15mg tablets, 720 Oxycodone 30mg tablets, 450 Oxycodone, 60mg tablets, and 450 Oxycodone 80mg tablets | Fentanyl Morphine Oxycodone |
| 15 | November 13, 2014 | "Patient F" | Prescriptions for a total of 1,200 Morphine sulfate 200mg tablets, 1,080 Morphine sulfate 30mg IR tablets, 60 Adderall 20 mg tablets, and 270 Hydrocodone with acetaminophen 10-325mg tablets | Morphine Amphetamine Hydrocodone |
| 16 | January 13, 2015 | "Patient G" | Prescriptions for a total of 120 Morphine sulfate ER 200mg tablets, 120 Morphine sulfate ER 100mg tablets, 180 Morphine sulfate IR 15mg tablets, 480 Hydrocodone-Acetaminophen (7.5-325mg) tablets, and 120 Oxycodone HCL 30mg tablets | Morphine Hydrocodone Oxycodone |
| 17 | February 10, 2015 | "Patient H" | Prescriptions for a total of 480 Methadone HCL 10mg tablets, 400 Morphine sulfate IR 10mg tablets, 60 OxyContin 40mg tablets, 180 Oxycontin 60mg tablets, 1,080 OxyContin 80mg tablets | Methadone Morphine Oxycodone |

| Count | Date | Name on prescription | Prescription drug(s) | Controlled substance(s) |
|---|---|---|---|---|
| 18 | February 11, 2015 | "Patient I" | Prescriptions for a total of 150 Fentanyl patches (various strengths), 360 Hydromorphone 8mg tablets, 180 Oxycodone 20mg tablets, 360 Oxycodone 30mg tablets, and 90 OxyContin 80mg tablets | Fentanyl Hydromorphone Oxycodone |
| 19 | February 16, 2015 | "Patient J" | Prescriptions for a total of 480 Oxycodone HCL 15mg tablets, 120 OxyContin 40mg tablets, and 240 OxyContin 60mg tablets | Oxycodone |

Each in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

A TRUE BILL:

_____
Foreperson

JUN, 21, 2016
Date

_____
GREGORY J. HAANSTAD
United States Attorney

5