UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                            Case No. 16-CR-95

CHARLES R. SZYMAN,

       Defendant.

---

### ORDER GRANTING MOTION TO MODIFY CONDITIONS

---

       Counsel for the defendant has filed an unopposed Motion to Modify Conditions of Bond for the above defendant. Based upon the information set forth in the motion, the court hereby orders that the conditions of bond be modified to allow the defendant to undertake the travel described in the motion. Defendant is directed that all other conditions of his release remain in effect and he is to maintain contact with the pretrial services officer as directed.

       **SO ORDERED** this __14th__ day of July, 2017.

                                                    s/ William C. Griesbach
                                                    William C. Griesbach, Chief Judge
                                                    United States District Court