UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 16-CR-095

CHARLES SZYMAN,

    Defendant.

## WITNESS LIST

The United States, by its attorneys, Gregory J. Haanstad, United States Attorney for the Eastern District of Wisconsin, and Matthew L. Jacobs and Laura S. Kwaterski, Assistant United States Attorneys, hereby submits the names of witnesses the United States intends to call at trial:

1. DEA Special Agent Gregory Connor
2. Dodge County Deputy Sheriff Kelsey Knaup
3. Manitowoc County Sheriff's Office Investigator Andrew Beck
4. Manitowoc County Coroner Curtis Green
5. Marilyn Valdez
6. Tanya Pivonka Dewane
7. Dabian Peterson
8. Alexandra Krizizke
9. Ramona Wolf
10. Sean Conway
11. Debra Ramirez
12. Nancy Walt
13. Terry Walt
14. Chad Wenzel

15. Todd Orth
16. Dr. Timothy King

Respectfully submitted this 9th day of November 2017.

                                        GREGORY J. HAANSTAD
                                      United States Attorney

By:    *s/ Laura S. Kwaterski*
        MATTHEW L. JACOBS (WBN: 1017227)
        LAURA S. KWATERSKI (WBN: 1055485)
        Assistant United States Attorneys
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, WI 53202
        Telephone: (414) 297-1700
        Fax: (414) 297-1738
        E-Mail: Laura.Kwaterski@usdoj.gov