UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 095 |
| vs. | ) | |
| | ) | Hon. William C. Griesbach |
| | ) | |
| CHARLES R. SZYMAN | ) | |

## POTENTIAL WITNESS LIST

NOW COMES the Defendant, CHARLES SZYMAN ("Dr. Szyman"), through his attorney, BEAU B. BRINDLEY, and gives notice that the following witnesses may be called on his behalf during his trial. By providing this list, Dr. Szyman does not commit himself to calling every witness and he reserves the right to supplement this list if necessary.

1. Linda Kramer
2. Evelyn Glaser
3. Linda Mott
4. Nancy Gagnon
5. Jerry L. Williams

WHEREFORE, Dr. Szyman prvides this list of potential witnesses,

Respectfully submitted,

s/ Beau B, Brindley
s/ Michael J. Thompson

Beau B. Brindley
Law Offices of Beau B. Brindley
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878

CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a true and correct copy of the attached POTENTIAL WITNESS LIST served upon the government by electronically serving it through the CM/ECF system on November 10, 2017.


s/ Beau B. Brindley
Attorney for Defendant
Charles Szyman

Beau B. Brindley
Law Offices of Beau B. Brindley
53 West Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878