# EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES OF AMERICA v. CHARLES R. SZYMAN | | | | | UNITED STATES DISTRICT COURT<br>Eastern District of Wisconsin-Green Bay |
| PLAINTIFF'S ATTORNEY<br>Matthew L. Jacobs and Laura Kwaterski | | | DEFENDANT'S ATTORNEY<br>Beau B. Brindley and Michael J. Thompson | | DOCKET NUMBER<br>16-CR-95<br>PROCEEDING: JURY TRIAL<br>DATE HELD: November 13, 2017-November 17, 2017 |
| PRESIDING JUDGE<br>WILLIAM C. GRIESBACH | | | TAPE NUMBER:<br>111317 - 111717 | | COURTROOM DEPUTY<br>Cheryl |

| JOINT EXH. NO. | PLT. EXH. NO. | DEF. EXH. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | 11/13 | 11/13 | Patient file for treatment provided to patient Richard Russo at Holy Family Pain Clinic |
| 2 | | | 11/13 | 11/13 | Patient file for treatment provided to patient Anna Kingston at Holy Family Pain Clinic |
| 3 | | | 11/13 | 11/13 | Patient file for treatment provided to patient A at Holy Family Pain Clinic |
| 4 | | | 11/13 | 11/13 | Patient file for treatment provided to patient B at Holy Family Pain Clinic |
| 5 | | | 11/13 | 11/13 | Patient file for treatment provided to patient C at Holy Family Pain Clinic |
| 6 | | | 11/13 | 11/13 | Patient file for treatment provided to patient D at Holy Family Pain Clinic |
| 7 | | | 11/13 | 11/13 | Patient file for treatment provided to patient E at Holy Family Pain Clinic |
| 8 | | | 11/13 | 11/13 | Patient file for treatment provided to patient F at Holy Family Pain Clinic |
| 9 | | | 11/13 | 11/13 | Patient file for treatment provided to patient G at Holy Family Pain Clinic |
| 10 | | | 11/13 | 11/13 | Patient file for treatment provided to patient H at Holy Family Pain Clinic |
| 11 | | | 11/13 | 11/13 | Patient file for treatment provided to patient I at Holy Family Pain Clinic |
| 12 | | | 11/13 | 11/13 | Patient file for treatment provided to patient J at Holy Family Pain Clinic |
| 13 | | | 11/13 | 11/13 | Patient file for treatment provided to patient K at Holy Family Pain Clinic |
| 14 | | | 11/13 | 11/13 | Holy Family pharmacy records of prescriptions issued by the defendant, Charles Szyman, to Patient B that were filled at Holy Family |
| 15 | | | 11/13 | 11/13 | Holy Family pharmacy records of prescriptions issued by the defendant, Charles Szyman, to Patient D that were filled at Holy Family |
| 16 | | | 11/13 | 11/13 | Holy Family pharmacy records of prescriptions issued by the defendant, Charles Szyman, to Patient E that were filled at Holy Family |

| JOINT EXH. NO. | PLT. EXH. NO. | DEF. EXH. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 17 | | | 11/13 | 11/13 | Holy Family pharmacy records of prescriptions issued by the defendant, Charles Szyman, to Patient F that were filled at Holy Family |
| 18 | | | 11/13 | 11/13 | Holy Family pharmacy records of prescriptions issued by the defendant, Charles Szyman, to Patient G that were filled at Holy Family |
| 19 | | | 11/13 | 11/13 | Holy Family pharmacy records of prescriptions issued by the defendant, Charles Szyman, to Patient H that were filled at Holy Family |
| 20 | | | 11/13 | 11/13 | Walmart pharmacy records for prescriptions issued by Dr. Charles Szyman for Patient D that were filled at Walmart |
| 21 | | | 11/13 | 11/13 | Walmart pharmacy records for prescriptions issued by Dr. Charles Szyman for Patient E that were filled at Walmart |
| 22 | | | 11/13 | 11/13 | Walgreens pharmacy records for prescriptions issued by Dr. Charles Szyman for Patient A that were filled at Walgreens |
| 23 | | | 11/13 | 11/13 | Walgreens pharmacy records for prescriptions issued by Dr. Charles Szyman for Patient E that were filled at Walgreens |
| 24 | | | 11/13 | 11/13 | Manitowoc Pharmacy records for prescriptions issued by Dr. Charles Szyman for Patient B that were filled at Manitowoc Pharmacy |
| 25 | | | 11/13 | 11/13 | Manitowoc Pharmacy records for prescriptions issued by Dr. Charles Szyman for Patient C that were filled at Manitowoc Pharmacy |
| 26 | | | 11/13 | 11/13 | Manitowoc Pharmacy records for prescriptions issued by Dr. Charles Szyman for Patient H that were filled at Manitowoc Pharmacy |
| 27 | | | 11/13 | 11/13 | CVS records for prescriptions issued by Dr. Charles Szyman for Patient E that were filled at Manitowoc Pharmacy |
| 28 | | | 11/13 | 11/13 | CVS records for prescriptions issued by Dr. Charles Szyman for Patient I that were filled at Manitowoc Pharmacy |
| 29 | | | 11/13 | 11/13 | Aurora Pharmacy records for prescriptoins issued by Dr. Charles Szyman for Patient I that were filled at Manitowoc Pharmacy |
| 30 | | | 11/13 | 11/13 | Coast Quality Pharmacy, LLC records for prescriptions issued by Dr. Charles Szyman for Patient I that were filled at Coast Quality Pharmacy |
| | 34a | | 11/14 | 11/14 | Clip (20-56) of audio recordings of November 21, 2013 Rchard Russo appointment with Charles Szyman (CD) Count 1 (N-6) |
| | 35 | | 11/14 | 11/14 | Transcript of Szyman appointment (11/21/17) |
| | 36 | | 11/14 | 11/14 | Medical note from November 21, 2013 Russo appointment |
| | 37 | | 11/14 | 11/14 | Copy of prescription(90, Percocet 5/325 mg) issued by Dr. Szyman to Russo on November 21, 2013 ( Count 1) |

| JOINT EXH. NO. | PLT. EXH. NO. | DEF. EXH. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 38a | | 11/14 | 11/14 | Clip (5:21) of video recordings of February 5, 2014 Richard Russo appointment with Charles Szyman (DVD) (N-13) |
| | 40 | | 11/14 | 11/14 | Trasncript of 2/5/2015 Szyma appointment |
| | 41 | | 11/14 | 11/14 | Medical notes from February 5, 2014 Russo appointment |
| | 42 | | 11/14 | 11/14 | Copy of 2 prescriptions (120 10/325 mg) issued by Dr. Szyman to Russo on February 5, 2014 (Count 2) |
| | 43a | | 11/14 | 11/14 | Clip (5:35) of video recordings of April 15, 2014 Richard Russo appointment with Chrles Szyman (DVD)(N-21) |
| | 44 | | 11/14 | 11/14 | Transcript of 4/16/2014 appointment |
| | 45 | | 11/14 | 11/14 | Medical notes from April 16, 2014 Russo appointment |
| | 46 | | 11/14 | 11/14 | Copy of 3 prescriptions (90 Oxy IR 30 mg) issued by Dr. Szyman to Russo on April 16, 2014 (Count 3) |
| | 47a | | 11/14 | 11/14 | Clip (5:04) of video recordings of June 13, 2014 Richard Russo appintment with Charles Szyman (DVD)(N-28) |
| | 49 | | 11/14 | 11/14 | Transcript of 6/13/2014 Szyman appoint |
| | 50 | | 11/14 | 11/14 | Medical notes form 6/13/2014 Russo appointment |
| | 51 | | 11/14 | 11/14 | Copy of 2 prescriptions (90 Oxy IR 30 mg) issued by Dr. Szyman to Russo on June 13, 2014 (Count 4) |
| | 55a | | 11/14 | 11/14 | Clip (7:30) of video recordings of September 10, 2014 Richard Russo appointment with Charles Szyman (DVD)(N-36) |
| | 56 | | 11/14 | 11/14 | Transcript of 9/10/2014 Szyman appointment |
| | 57 | | 11/14 | 11/14 | Medical notes from 9/10/2014 Szyman appointment |
| | 58 | | 11/14 | 11/14 | Copy of 3 prescriptions (90 Oxy IR 30mg) issued by Dr. Szyman to Russo onSeptember 10, 2014 (Count 5) |
| | 59a | | 11/15 | 11/15 | Clip (14:41) of video recordings of November 21, 2104 Anna Kingston appointment with Charles Szyman (DVD) (N-48) |
| | 60 | | 11/15 | 11/15 | Transcript 11/21/2014 Szyman appointment |
| | 61 | | 11/15 | 11/15 | Medical notes from November 21, 2014 Kingston appointment |
| | 62 | | 11/15 | 11/15 | Copy of prescription (90 Oxy IR 30mg) issued by Dr. Szyman to Kingston dated November 21, 2014 (Count 6) |
| | 65 | | 11/15 | 11/15 | Copy of prescription (90 Oxy IR 30mg) issued by Dr. Szyman to Kingston dated December 11, 2014 (Count 7) |
| | 68 | | 11/17 | 11/17 | Copy of prescription (90 Oxy IR 30mg) issued by Dr. Szyman to Kingston dated January 7, 2015 (Count 8) |
| | 69a | | 11/15 | 11/15 | Clip (6:50) of audio recordings of February 18, 2015 Anna Kingston appointment with Charles Szyman (CD) (N-63) |

| JOINT EXH. NO. | PLT. EXH. NO. | DEF. EXH. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 70 |  | 11/15 | 11/15 | Transcript February 18, 2015 Anna Kingston appointment with Charles Szyman |
|  | 71 |  | 11/15 | 11/15 | Medical notes from February 18, 2015 Kingston appointment |
|  | 72 |  | 11/15 | 11/15 | Copy of 2 prescriptions (90 Oxy IR 30mg) issued by Dr. Szyman to Kingston on February 18, 2015 (Count 9) |
|  | 73 |  | 11/14 | 11/14 | Prescription issued to Patient A on May 4, 2012 (Count 10) |
|  | 74 |  | 11/17 | 11/17 | Prescription issued to Patient B on October 8, 2013 ( Count 11) |
|  | 75 |  | 11/17 | 11/17 | Prescription issued to Patient C on January 8, 2014 (Count 12) |
|  | 76 |  | 11/17 | 11/17 | Prescription issued to Patient D on May 15, 2014 (?) on May 4, 2012 (Count 13 |
|  | 77 |  | 11/14 | 11/14 | Prescription issued to Patient E on June 23, 2014 (Count 14) |
|  | 78 |  | 11/17 | 11/17 | Prescription issued to Patient F on November 13, 2014 (Count 15) |
|  | 79 |  | 11/13 | 11/13 | Prescription issued to Patient G on January 13, 2015 (Count 16) |
|  | 80 |  | 11/17 | 11/17 | Prescription issued to Patient H on February 10, 2015 ( Count 17) |
|  | 81 |  | 117/17 | 11/17 | Prescription issued to Patient I on February 11, 2015 (Count 18) |
|  | 82 |  | 11/17 | 11/17 | Prescription issued to Patient J on February 15, 2015 (Count 19) |
| 85 |  |  | 11/13 | 11/13 | Autopsy report and forensic pathology report for Patient F |
| 86 |  |  | 11/14 | 11/14 | Photograph of prescriptions medication found at Patient F's residence. |
| 87 |  |  | 11/14 | 11/14 | Inventory of prescriptions found at Patient F's residence |
| 88 |  |  | 11/14 | 11/14 | Summary of prescriptions found at Patient F's residence issued by Dr. Szyman |
|  | 90 |  | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient A |
|  | 91 |  | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient B |
|  | 92 |  | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient C |
|  | 93 |  | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient D |
|  | 94 |  | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient E |
|  | 95 |  | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient F |

| JOINT EXH. NO. | PLT. EXH. NO. | DEF. EXH. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 96 | | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient G |
| | 97 | | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient H |
| | 98 | | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient I |
| | 99 | | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient J |
| | 100 | | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient K |
| | 101 | | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient Richard Russo |
| | 102 | | 11/15 | 11/15 | Dr. King chronological summary of patient records for Patient Anna Kingston |
| | 103 | | 11/15 | OBJ. | DEMONSTRATIVE EXHIBIT Dr. King Summary Grid - Exhibit did not to go to jury |
| | 104 | | 11/15 | 11/15 | CV of Dr. Timothy King |
| 105 | | | 11/13 | 11/13 | PDMP data Patient B |
| 106 | | | 11/13 | 11/13 | PDMP data Patient C |
| 107 | | | 11/13 | 11/13 | PDMP data Patient C |
| 108 | | | 11/13 | 11/13 | PDMP data Patient E |
| 109 | | | 11/13 | 11/13 | PDMP data Patient F |
| 110 | | | 11/13 | 11/13 | PDMP data Patient G |
| 111 | | | 11/13 | 11/13 | PDMP data Patient H |
| 112 | | | 11/13 | 11/13 | PDMP data Patient I |
| 113 | | | 11/13 | 11/13 | PDMP data Patient J |
| 114 | | | 11/13 | 11/13 | PDMP data Patient K |
| 115 | | | 11/13 | 11/13 | PDMP data Patient Anna Kingston |
| 116 | | | 11/13 | 11/13 | PDMP data Patient Richard Russo |
| | | 1000 | 11/15 | 11/15 | Opiod Agreement between Agent Connor and Pain Clinic |
| | | 1002 | 11/15 | 11/15 | Audio from Agent Connor at Pain Clinic |

| JOINT EXH. NO. | PLT. EXH. NO. | DEF. EXH. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | 1003 | 11/15 | 11/15 | Dr. Augustine Report |