UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         Case No. 16-CR-95

CHARLES R. SZYMAN,

    Defendant.

---

## VERDICT

---

    We the Jury, for our verdict find as follows

1. As to Count 1 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Richard Russo on November 21, 2013, we find the Defendant:

__Not guilty__
(guilty or not guilty)

2. As to Count 2 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Richard Russo on February 5, 2014, we find the Defendant:

__Not guilty__
(guilty or not guilty)

3. As to Count 3 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Richard Russo on April 16, 2014, we find the Defendant:

__Not guilty__
(guilty or not guilty)

4. As to Count 4 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Richard Russo on June 13, 2014, we find the Defendant:

__Not guilty__
(guilty or not guilty)

5. As to Count 5 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Richard Russo on September 10, 2014, we find the Defendant:

<u>Not guilty</u>
(guilty or not guilty)

6. As to Count 6 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Anna Kingston on November 21, 2014, we find the Defendant:

<u>Not guilty</u>
(guilty or not guilty)

7. As to Count 7 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Anna Kingston on December 11, 2014, we find the Defendant:

<u>Not guilty</u>
(guilty or not guilty)

8. As to Count 8 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Anna Kingston on January 7, 2015, we find the Defendant:

<u>Not guilty</u>
(guilty or not guilty)

9. As to Count 9 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Anna Kingston on February 18, 2015, we find the Defendant:

<u>Not guilty.</u>
(guilty or not guilty)

10. As to Count 10 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Marilyn Valdez on May 4 2012, we find the Defendant:

<u>Not guilty.</u>
(guilty or not guilty)

11. As to Count 11 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Tanya Pivonka-Dewane on October 8, 2013, we find the Defendant:

<u>Not guilty.</u>
(guilty or not guilty)

12. As to Count 12 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Dabian Peterson on January 8, 2014, we find the Defendant:

_Not guilty_
(guilty or not guilty)

13. As to Count 13 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Morphine to Ramona Wolf on May 15 2014, we find the Defendant:

_Not guilty._
(guilty or not guilty)

14. As to Count 14 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Fentanyl, Morphine, and Oxycodone to Sean Conway on June 23, 2014, we find the Defendant:

_Not guilty._
(guilty or not guilty)

15. As to Count 15 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Morphine, Amphetamine, and Hydrocodone to Heidi Buretta on November 13, 2014, we find the Defendant:

_Not guilty._
(guilty or not guilty)

16. As to Count 16 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Morphine, Hydrocodone, and Oxycodone to Debra Ramirez on January 13, 2015, we find the Defendant:

_Not guilty._
(guilty or not guilty)

17. As to Count 17 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Methadone, Morphine, and Oxycodone to Nancy Walt on February 10, 2015, we find the Defendant:

_Not guilty._
(guilty or not guilty)

18. As to Count 18 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Fentanyl, Hydromorphone, and Oxycodone to Chad Wenzel on February 11, 2015, we find the Defendant:

<u>Not guilty</u>.
(guilty or not guilty)

19. As to Count 19 of the Indictment, the charge that Charles R. Szyman unlawfully distributed or dispensed Oxycodone to Todd Orth on February 16, 2015, we find the Defendant:

<u>Not guilty</u>.
(guilty or not guilty)

Dated at Green Bay, Wisconsin this <u>17</u> day of November, 2016.

_____
Jury Foreperson